**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000665**
**30-MAY-2025**
**08:01 AM**
**Dkt. 35 ORD**

NO. CAAP-24-0000665

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILLIAM J. COWARD, Plaintiff-Appellant, v.
DIRECTOR OF DEPARTMENT OF CUSTOMER SERVICES,
CITY AND COUNTY OF HONOLULU, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DRC-24-0000708)

**ORDER**
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Reconsideration of the Order dismissing Appeal, filed May 23, 2025, by self-represented Plaintiff-Appellant William J. Coward, which the court construes as a motion for reconsideration of the Order Dismissing Appeal, filed May 14, 2025, and for relief from default and a second extension of time for the opening brief, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is reinstated. See Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rules 26(b), (e), 40. The deadline to file the opening brief is extended to July 7, 2025. Any further default of the opening brief may result in sanctions authorized by HRAP Rule 30,

including, without limitation, monetary sanctions, the appeal being dismissed, or both.

DATED: Honolulu, Hawaiʻi, May 30, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge